IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

VERSUS                                                                    CRIMINAL NO. 1:06cr32WJG-JMR-2

JEREMY DWIGHT BREWER

ORDER FINALIZING FORFEITURE

THIS MATTER is before the Court on motion of the United States of America [United States] for an order finalizing forfeiture regarding certain properties of the Defendant, Jeremy Dwight Brewer.  (Ct. R., Doc. 59.)  The United States represents that, with respect to the need for a third-party ancillary proceeding as to the property forfeited by the Agreed Preliminary Order of Forfeiture (Ct. R., Doc. 54), the following property has been administratively forfeited with notice of the seizure and intent to forfeit having been published and sent to each party appearing to have an interest in the property through the administrative process and no one having filed an adequate claim to the property as provided by the notice.  It is, therefore,

ORDERED that the following described personal property, be and is hereby, forfeited:

> One (1) 2005 Ford F-350 Superduty Styleside Crew Cab Truck
> bearing VIN: 1FTWW31PX5EC64911,

as previously ordered in the Agreed Preliminary Order of Forfeiture (Ct. R., Doc. 54) signed by Defendant Jeremy Dwight Brewer and his attorney, entered by the Court on January 10, 2007, and filed of record on January 11, 2007.  It is further,

ORDERED that the requirement of commencing or completing the ancillary proceeding as required by the Agreed Preliminary Order of Forfeiture is hereby canceled; the Agreed Preliminary Order is made a final order of forfeiture for all purposes; and the clerk is authorized to close the forfeiture segment of this case.  It is further,

ORDERED that the above property shall be disposed of by the appropriate federal agency in accordance with law and regulations.

SO ORDERED this the 15th day of March, 2007.

*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE